Azzedine FAIDY, Petitioner,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.

No. 01–70261.
INS No. A72–714–608.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 17, 2002.

Before O'SCANNLAIN, BERZON, and
RAWLINSON, Circuit Judges.

MEMORANDUM**

Azzedine Faidy, a native and citizen of
Morocco, petitions pro se for review of the
Board of Immigration Appeals' order dis-
missing his appeal of the Immigration
Judge's denial of his motion to reopen his
deportation proceedings. The transitional
rules apply. *See Kalaw v. INS*, 133 F.3d
1147, 1150 (9th Cir.1997). Because Faidy
failed to exhaust his available administra-
tive remedies and departed the United
States after the May 4, 1998, deportation
order, we lack jurisdiction over this peti-
tion for review. *See* 8 U.S.C. § 1105a(c)

---

* This panel unanimously finds this case suit-
  able for decision without oral argument. *See*
  Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and may not be cited to or by the
   courts of this circuit except as may be provid-
   ed by Ninth Circuit Rule 36–3.

(1996); *Thorsteinsson v. INS*, 724 F.2d
1365, 1367–68 (9th Cir.1984).

**PETITION DISMISSED.**

---

* This panel unanimously finds this case suit-
  able for decision without oral argument. *See*
  Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and may not be cited to or by the
   courts of this circuit except as may be provid-
   ed by Ninth Circuit Rule 36–3.